UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINA AFSHAR,<br><br>        Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al..,<br><br>        Defendants. | Case No.:  3:24-cv-00728-BEN-AHG<br><br>**ORDER GRANTING JOINT MOTION TO STAY ACTION**<br><br>**[ECF No. 9]** |

      Plaintiff Mina Afshar ("Plaintiff") filed the instant complaint for mandamus relief against Alejandro Mayorkis, Secretary of the Department of Homeland Security, Ur M. Jaddou, Director of U.S. Citizenship & Immigration Service (USCIS) and David Radel, Director of USCIS Los Angeles Asylum Office (collectively, "Defendants") seeking an order directing Defendants to adjudicate her asylum application.  ECF No. 1.

      Before the Court is the parties' Joint Motion to Stay the Action.  ECF No. 9. Plaintiff and Defendants aver they are working towards an extrajudicial resolution to the Complaint.  *Id*.  Parties state Plaintiff has been scheduled for an interview currently set for April 7, 2025.  *Id*.  Parties further state they expect a final adjudication of Plaintiff's application to occur by August 5, 2025.  *Id*.  The parties therefore request the Court stay this action until August 5, 2025.  *Id*.

    Courts have broad discretion to stay proceedings incident to their power to control their own docket.  *Clinton v. Jones*, 520 U.S. 681, 706 (1997).  Stays are often granted when the resolution of another action bears upon the case, because a stay is most "efficient for [the court's] own docket and the fairest course for the parties[.]" *Leyva v. Certified Grocers of Cal., Ltd.*, 593 F.2d 857, 863 (9th Cir. 1979).

    To conserve judicial resources and in the exercise of its discretion, the Court hereby **GRANTS** the Joint Motion to Stay Action.  The parties are further **ORDERED** to provide a status report within fourteen (14) days notifying the Court in the event of any changes to the dates set forth in their Joint Motion.  All further proceedings in this case are stayed until August 5, 2025.

**IT IS SO ORDERED.**

Dated: May 21, 2024

                                            **HON. ROGER T. BENITEZ**
                                            United States District Judge